**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHAWNDRA FAISON,

    Plaintiff,

v.                                       CASE NO.:  8:17-cv-00014-EAK-AEP

CREDIT ONE BANK,

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, SHAWNDRA FAISON, and the Defendant, CREDIT ONE BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Jocelyn C. Smith, Esq.* |
| **Amanda J. Allen, Esquire** | **Jocelyn C. Smith, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 0036554 |
| Amanda@TheConsumerProtectionFirm.com | jsmith@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 4030 Henderson Blvd. | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33629 | Tampa, FL 33618 |
| Tele: (813) 500-1500 | Tele: (813) 890-2472 |
| Fax: (813) 435-2369 | Fax: (866) 466-3140 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

    I certify that on June 19, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                             *s/Amanda J. Allen, Esq.*
                             **Amanda J. Allen, Esquire**
                             Florida Bar No. 98228
                             Amanda@TheConsumerProtectionFirm.com
                             Shenia@TheConsumerProtectionFirm.com
                             THE CONSUMER PROTECTION FIRM, PLLC
                             4030 Henderson Blvd.
                             Tampa, FL 33629
                             Tele:  (813) 500-1500
                             Fax:  (813) 435-2369
                             ***Attorney for Plaintiff***